FILED
04 JUL 26 PM 2:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ELTON ASHCRAFT,

    Plaintiff,

v.

HORIZON MARKETING, INC.,
d/b/a DELUXE CARPET CLEANING,

    Defendant.

CIVIL ACTION NO.
04-AR-0879-S

ENTERED
JUL 26 2004

### MEMORANDUM OPINION

The court finds that the facts and conclusions contained in the affidavit attached to plaintiff's motion for award of attorney's fees are reasonable and correct. Although $300.00 per hour may be at the high end of an hourly rate, the result in this case more than justifies the requested attorney's fee of $3,300.00, and the expenses are more than reasonable.

The judgment of July 19, 2004, will be amended accordingly.

DONE this 26th day of July, 2004.

/s/ William M. Acker
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

